IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00333-EWN-KLM

LEOLA BOONE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MAYOR JOHN HICKENLOOPER, in his official capacity,
ALVIN J. LACABE, JR., MANAGER OF SAFETY, in his official capacity,
BILL VIDAL, MANAGER OF TRANSPORTATION, in his official capacity,
TRAFFICE ENGINEERING SERVICES, CITY AND COUNTY OF DENVER,
STATE OF COLORADO,
PETER A. WEIR, COLORADO DEPARTMENT OF SAFETY, in his official capacity, and
CDOT RUSSELL GEORGE, in his official capacity,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Vacate and Re-Set Scheduling Conference [Docket No. 16; Filed June 10, 2008] (the "Motion"). The Motion seeks both to vacate and reset the Scheduling Conference, currently set for June 18, 2008, and to vacate the deadline for Defendants to answer Plaintiff's Amended Complaint [Docket No. 9]. Plaintiff states her intention to move to amend her complaint by the end of July, which would have the effect, if granted, of mooting any prior answer or response to the current complaint filed by Defendants.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court vacates the current deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint.

    IT IS FURTHER **ORDERED** that on or before **July 23, 2008**, Plaintiff shall move for leave to file a Second Amended Complaint. If Plaintiff does not move for leave to file a Second Amended Complaint, or if such relief is not granted, Defendants shall answer or respond to the Amended Complaint [Docket No. 9] within **twenty (20) days** of July 23, 2008 or denial of leave, whichever is later.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 18, 2008

at 11:30 a.m. is **vacated** and **RESET** to **September 17, 2008 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **September 12, 2008**

Parties shall submit a brief Confidential Settlement Statement in PDF format to [Mix_Chambers@cod.uscourts.gov.](mailto:Mix_Chambers@cod.uscourts.gov) on or before **September 12, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: June 11, 2008