IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00333-EWN-KLM

LEOLA BOONE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MAYOR JOHN HICKENLOOPER, in his official capacity,
ALVIN J. LACABE, JR., MANAGER OF SAFETY, in his official capacity,
BILL VIDAL, MANAGER OF TRANSPORTATION, in his official capacity,
TRAFFIC ENGINEERING SERVICES, CITY AND COUNTY OF DENVER,
STATE OF COLORADO,
PETER A. WEIR, COLORADO DEPARTMENT OF SAFETY, in his official capacity, and
CDOT RUSSELL GEORGE, in his official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Second Amended Complaint** [Docket No. 20; Filed July 23, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts the Second Amended Complaint [Docket No. 21] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall respond to the Second Amended Complaint on or before **August 18, 2008**.

Dated: July 28, 2008