IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00333-EWN-KLM

LEOLA BOONE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MAYOR JOHN HICKENLOOPER, in his official capacity,
ALVIN J. LACABE, JR., MANAGER OF SAFETY, in his official capacity,
BILL VIDAL, MANAGER OF TRANSPORTATION, in his official capacity, and
TRAFFIC ENGINEERING SERVICES, CITY AND COUNTY OF DENVER,

    Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Designate Nonparty at Fault** [Docket No. 34; Filed August 28, 2008] (the "Motion"). Plaintiff, who initially opposed the designation, has now filed a response withdrawing her opposition to the Motion [Docket No. 43].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Pursuant to Colo. Rev. Stat. § 13-21-111.5, the parties are required to designate nonparties at fault within ninety (90) days of commencement of an action. However, the statute also provides that the Court may extend the time period for the parties to designate nonparties at fault, if it "determines that a longer period is necessary." Colo. Rev. Stat. § 13-21-111.5(3)(b); *see Redden v. SCI Colo. Funeral Servs., Inc.*, 38 P.3d 75, 84 (Colo. 2001). I agree that a longer designation period is reasonable here. Accordingly, the Court accepts the Municipal Defendants' Designation of Nonparty at Fault of Ross J. Montoya [Docket No. 35] for filing as of the date of this Minute Order.

Dated: September 22, 2008