IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00333-PAB-KLM

LEOLA BOONE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MAYOR JOHN HICKENLOOPER, in his official capacity,
ALVIN J. LACABE, JR., MANAGER OF SAFETY, in his official capacity,
BILL VIDAL, MANAGER OF TRANSPORTATION, in his official capacity, and
TRAFFICE ENGINEERING SERVICES, CITY AND COUNTY OF DENVER,

    Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. The above-captioned case has been reassigned to District Judge Phillip A. Brimmer. Judge Brimmer has informed the Court that the Preliminary Pretrial Conference set in this matter is no longer necessary. Accordingly,

    IT IS HEREBY **ORDERED** that the Preliminary Pretrial Conference set for March 2, 2009 at 9:00 a.m. is **vacated**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference is set for **July 2, 2009 at 10:00 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than June 25, 2009**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: November 17, 2008