IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00333-PAB-KLM

LEOLA BOONE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
JOHN HICKENLOOPER, Mayor, in his official capacity,
ALVIN J. LACABE, JR., Manager of Safety, in his official capacity,
BILL VIDAL, Manager of Transportation, in his official capacity, and
TRAFFIC ENGINEERING SERVICES, City and County of Denver,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court upon the parties' Stipulated Dismissal with Prejudice [Docket No. 50]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Stipulated Dismissal with Prejudice [Docket No. 50] is APPROVED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED February 4th, 2009.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge